

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00992-CV

**Jordan and Associates**

v.

**Lisa  Wells**

NO. 32055 IN THE 506TH DISTRICT COURT OF GRIMES COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 04/28/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 02/05/2015 | E-PAID | ANT |
| CLK RECORD | $254.00 | 01/06/2015 | PAID | ANT |
| RPT RECORD | $150.00 | 01/01/2015 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 12/19/2014 | E-PAID | ANT |
| FILING | $175.00 | 12/19/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $619.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 16, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**